UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff <br> vs. <br> Perez, Jr. <br> Defendant(s) | CRIMINAL NO. 08MJ 0813 <br> ORDER <br> RELEASING MATERIAL WITNESS <br> Booking No. |

On order of the United States ~~District~~/Magistrate Judge, **Anthony J. Battaglia**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody. **(Bond Posted)** / Case Disposed / Order of Court).

**Fidela Blanca Bautista-Perez**

DATED: 3/24/08

_Anthony J. Battaglia_
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
         DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _[signature]_
Deputy Clerk